IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC.,

    Plaintiff,

  v.

GOOGLE, INC.,

    Defendant.

No. C 13-2478 WHA

**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEYS BORNSTEIN AND CYRUS**

The *pro hac vice* applications of Attorneys Bornstein and Cyrus (Dkt. Nos. 38, 43) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership is inadequate under the local rule because it fails to identify a specific court. While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: July 24, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE