CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**SCOTT J. BORNSTEIN**_____, Bar # ____**SB2280**____

was duly admitted to practice in this Court on

____**JULY 29th, 1997**____, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   ____**JULY 10th, 2013**____

____Ruby J. Krajick____          by   ____*Wayne Bowman*____
Clerk                                          Deputy Clerk