Charanjit Brahma (SBN: 204771)
brahmac@gtlaw.com
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

Nicholas A. Brown (Cal. Bar No. 198210)
brownn@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
Fax: (415) 520-5609

COUNSEL FOR DEFENDANT
GOOGLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TOUCHSCREEN GESTURES LLC**<br>　　Plaintiff,<br><br>vs.<br><br>**GOOGLE INC. AND APPLE, INC.**<br><br>　　Defendants. | Case No. 3:13-CV-02478-WHA<br><br>**NOTICE OF APPEARANCE OF NICHOLAS A. BROWN AS COUNSEL FOR DEFENDANT GOOGLE INC.**<br><br>Judge: William H. Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    I, NICHOLAS A. BROWN, of Greenberg Traurig, LLP, hereby enter my appearance as counsel for Defendant GOOGLE INC., in this matter. I am a member of the State of California and am admitted to practice in the Northern District of California. My address and telephone numbers are as follows:

**NOTICE OF APPEARANCE OF NICHOLAS A. BROWN**
**AS COUNSEL FOR DEFENDANT GOOGLE INC.**　　　　　　　　　　**Case No.: 3:13-CV-02478-WHA**

4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
Fax: (415) 520-5609

Please serve said counsel with all pleadings and notices in this action

DATED: July 25, 2013                  GREENBERG TAURIG, LLP

                                           By: /s/ Nicholas A. Brown
                                                   NICHOLAS A. BROWN
                                                   Attorney for Defendant
                                                   GOOGLE INC.