IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC.,

    Plaintiff,

  v.

GOOGLE, INC.,

    Defendant.
                                     /

No. C 13-2478 WHA

**SECOND ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY BORNSTEIN**

    The *pro hac vice* application of Attorney Bornstein (Dkt. No. 49) is again **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the *state* of bar membership — such as "the bar of New York" — is inadequate under the local rule because it fails to identify a *specific* court. While the application fees do not need to be paid again, the application cannot be processed until corrected forms are submitted.

    **IT IS SO ORDERED.**

Dated: July 25, 2013.

                                                            WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE