Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC.,

    Plaintiff(s),

v.

GOOGLE, INC.

    Defendant(s).

Case No: 3:13-cv-02478

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Scott J. Bornstein, an active member in good standing of the bar of Southern Dist. of NewYork, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google Inc. in the above-entitled action. My local co-counsel in this case is Nicholas A. Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Greenberg Traurig LLP, MetLife Building, 200 Park Avenue., New York, NY 10166 | Greenberg Traurig, LLP, Four Embarcadero Ctr., Suite 3000, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 801-9200 | (415) 655-1300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bornsteins@gtlaw.com | brownn@gtlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: SB2280.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/30/13

                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Scott J. Bornstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 2, 2013.

William Alsup
United States District Judge

PRO HAC VICE APPLICATION & ORDER