IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOUCHSCREEN GESTURES, LLC,

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.

No. C 13-02478 WHA

**ORDER RE STIPULATION RE ENTRY OF JOINTLY PROPOSED ORDER OF DISMISSAL OF CLAIMS**

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure permits plaintiff to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties have filed a "Stipulation re Entry of [Jointly Proposed] Order of Dismissal" jointly requesting an order "dismissing all of Touchscreen's remaining claims with prejudice and dismissing Google's counterclaims without prejudice as moot." The terms of the joint stipulation are not signed by the parties, but rather, contained in the proposed order. The parties should file the signed stipulation pursuant to Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: December 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE